UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MITSUBISHI HC CAPITAL AMERICA,
INC.,

                        Plaintiff,

          -against-

SULAKHAN JOHAL and JASVIR JOHAL,

                    Defendants.

24-CV-2205 (JGLC)

**<u>ORDER</u>**

JESSICA G. L. CLARKE, United States District Judge:

     Because this case is stayed due to bankruptcy (*see* ECF No. 10), the initial pretrial

conference scheduled for June 12, 2024 (see ECF No. 8) is hereby ADJOURNED *sine die*.

Dated: June 7, 2024
       New York, New York

      SO ORDERED.

      *Jessica Clarke*

      _____
      JESSICA G. L. CLARKE
      United States District Judge