UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MITSUBISHI HC CAPITAL AMERICA, INC.,

                      Plaintiff,

-against-

SULAKHAN JOHAL and JASVIR JOHAL,

                      Defendants.

24-CV-2205 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

       The Court has reviewed Plaintiff's motion for alternative service and accompanying declarations. ECF Nos. 14–16. Based on those submissions, the Court agrees that Plaintiff has reasonably attempted to effectuate service on the Defendants and has demonstrated that the circumstances warrant the Court's intervention. *See Fabbro v. Balke,* No. 19-CV-5764, 2020 WL 3525692, at *2 (E.D.N.Y. June 29, 2020) (quoting *Baliga v. Link Motion, Inc.* 385 F. Supp. 3d 212, 220 (S.D.N.Y. 2019)). As such, the Court grants Plaintiff's motion for alternative service. Plaintiff shall serve each Defendants by both physical mail and electronic mail at their respective, last known physical and email addresses. The Clerk of Court is directed to terminate ECF No. 14.

Dated: April 28, 2025
       New York, New York

                                                  SO ORDERED.

                                                  JESSICA G. L. CLARKE
                                                  United States District Judge