**ReedSmith**
*Driving progress through partnership*

**Hyuna Yong**
Direct Phone: +1 212 549 0299
Email: hyong@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

May 7, 2025

**Via ECF**

Hon. Jessica G. L. Clarke
Daniel Patrick Moynihan
United States Courthouse
Courtroom 11B
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

Application GRANTED. The conference scheduled for May 14, 2025 is ADJOURNED to June 4, 2025 at 12:00 p.m. The conference will be held remotely via Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 695253054. Parties are to submit a joint status letter in advance of the conference, by May 28, 2025. The Clerk of Court is directed to terminate ECF No. 20.

Dated: May 8, 2025
New York, New York

SO ORDERED.

*/s/ Jessica Clarke*
JESSICA G. L. CLARKE
United States District Judge

**Re:** *Mitsubishi HC Capital America, Inc. v. Sulakhan Johal and Jasvir Johal*, Case No. 24-CV-2205 (JGLC)

Dear Judge Clarke:

My firm represents Mitsubishi HC Capital America, Inc. ("Plaintiff" or "MHCA") in the above-captioned matter. I write to provide the current status of the case and to request an extension for the first time of the initial pretrial conference.

On May 20, 2024, Plaintiff notified the Court that, in a Chapter 15 proceeding before the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), the Bankruptcy Court instituted an automatic stay pursuant to section 362 of the Bankruptcy Code effecting this action and preventing Plaintiff from litigating further (ECF No. 9). On March 28, 2025, the Bankruptcy Court lifted the automatic stay.

On April 2, 2025, the Court ordered the stay lifted in this case (ECF No. 13). Plaintiff diligently attempted to effectuate service but was met with Defendants' silence. On April 28, 2025, the Court granted Plaintiff's Motion for Alternative Service (ECF No. 17). In anticipation of service, the Court's Civil Case Openings Unit advised Plaintiff that amended summonses are required to properly effect service upon Defendants. Plaintiff has since filed the amended summonses and, upon the reissuance of same, will promptly serve Defendants.

Accordingly, we respectfully request that the Court extend the deadline to submit a joint status letter and adjourn the upcoming initial pretrial conference, currently dated May 14, 2025 (ECF No. 9), by at least two weeks for Plaintiff to effectuate service and to attempt to confer with Defendants on the Civil Case Management Plan and Scheduling Order.

I thank the Court for its attention to this matter.

Respectfully,

*/s/ Hyuna Yong*

ABU DHABI ♦ ASTANA ♦ ATHENS ♦ ATLANTA ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT
HONG KONG ♦ HOUSTON ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON