UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MITSUBISHI HC CAPITAL AMERICA, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | No. 24-CV-2205 |
| vs. | ) ) ) | **MEMO ENDORSED** |
| SULAKHAN JOHAL and JASVIR JOHAL, | ) ) ) ) ) | |
| Defendants. | ) | |

**STIPULATED JUDGMENT**

Pursuant to the stipulation of Plaintiff Mitsubishi HC Capital America, Inc. and Defendants Sulakhan Johal and Jasvir Johal (collectively, the "Parties"), the Court enters judgment as follows:

1. Judgment is hereby entered in favor of Plaintiff Mitsubishi HC Capital America, Inc. and against Defendants Sulakhan Johal and Jasvir Johal, jointly and severally, in the amount of $1,820,000.00 (the "Award");

2. The Parties to this Action agree, solely for the purposes of entry of this Judgment, that this Court has jurisdiction of the subject matter hereof and over the Parties, venue is proper, and this Court has jurisdiction to enter this Judgment;

3. Defendants Sulakhan Johal and Jasvir Johal agree to be bound by the terms of this Stipulated Judgment and agree not to contest its validity in any subsequent proceeding. Defendants reserve the right to petition the Court to reassess the amount of the Award if Plaintiff recovers under the relevant agreements in another forum;

4. There is no separate award for attorneys' fees or costs;

5. In the event that Plaintiff's Award under this Stipulated Judgment remains unpaid, Plaintiff shall have the right to petition the Court for leave to serve Defendants with discovery requests in aid of execution pursuant to Rule 69(a) of the Federal Rules of Civil Procedure, or any other applicable court rules or procedures; and

6. The Court enters this Stipulated Judgment as its judgment and retains jurisdiction to enforce the judgment in the future, as may be necessary.

SO ORDERED:

Date:  October 31, 2025
       New York, NY

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge